

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

January 12, 2021

United States District Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 1/14/2021

Re: *Mercer v. Highgate Hotels, L.P.* Case No.: 1:20-cv-08328-VSB

Dear Judge Broderick:

This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and provided to the defendant. Respectfully, we are requesting together with counsel for the defendant, a final stay of all deadlines and conferences, for an additional twenty (20) days so that the parties can finalize the settlement agreement.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc: Asish Anne Nelluvely, Esq. *(via CM/ECF)*