

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  2/5/2021

February 3, 2021

United States District Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

      Re:    *Mercer v. Highgate Hotels, L.P.* **Case No.: 1:20-cv-08328-VSB**

Dear Judge Broderick:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled. The settlement agreement has been executed by plaintiff and is currently pending defendant's execution. Respectfully, we are requesting together with counsel for the defendant, a final stay of all deadlines and conferences, for an additional twenty-one (21) days so that the parties can finalize the settlement agreement.

      We thank the Court for your time and consideration in this matter.

      Respectfully submitted,

      BASHIAN & PAPANTONIOU, P.C.

      */s/ Erik M. Bashian*
      _____
      Erik M. Bashian, Esq.

cc:    Asish Anne Nelluvely, Esq. *(via CM/ECF)*